# United States Court of Appeals for the Fifth Circuit

---

No. 25-60205
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 16, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CORDERO MOORE,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:24-CR-102-1

---

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Per a plea agreement, Cordero Moore pleaded guilty of assault on a United States postal carrier. The plea agreement contains an appeal waiver in which Moore waived his right to appeal his conviction and sentence, with the limited exceptions of the right to raise claims of prosecutorial misconduct and ineffective assistance of counsel. Moore was sentenced to 70 months in

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60205

prison and three years of supervised release.

On appeal, Moore challenges the district court's application of a six-level enhancement under U.S.S.G. § 3A1.2(b).  As the government correctly posits, the appeal waiver bars this appeal because Moore knowingly and voluntarily waived his right to appeal, and the plain language of the waiver applies.  *See United States v. Higgins*, 739 F.3d 733, 736 (5th Cir. 2014); *see also United States v. Bond*, 414 F.3d 542, 544, 546 (5th Cir. 2005).

The appeal is DISMISSED.